UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONTE CORMIER,

        Petitioner,

  v.

DAVID L. RUNNELS, warden,

        Respondent.
_____/

No. C 05-3924 MHP

**ORDER**
**Re: Certificate of Appealability**

On September 29, 2006, this court issued an order and entered judgment denying the petition for writ of habeas corpus filed by petitioner Donte Cormier. On October 25, 2006, petitioner filed a notice of appeal of the court's judgment, and on November 1, 2006 petitioner filed an application for certificate of appealability. Under 28 U.S.C. section 2253(c), an appeal may not be taken from a district court order denying a petition for writ of habeas corpus unless the district court or the court of appeals issues a certificate of appealablity. 28 U.S.C. § 2253(c)(1). A petitioner seeking a certificate of appealablity under that section must make "a substantial showing of the denial of a constitutional right," id. § 2253(c)(2), which can be made by demonstrating that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Tennard v. Dretke, 542 U.S. 274, 282 (2004) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)).

Having reviewed petitioner's claims, the court concludes that he has made a substantial showing of the denial of a constitutional right with respect to each of the claims in his petition. The court therefore ORDERS that a certificate of appealability issue as to (1) whether the trial court's evidentiary rulings violated petitioner's Due Process rights; (2) whether petitioner received

ineffective assistance of counsel in violation of the Sixth Amendment; (3) whether the prosecutor's conduct during trial violated petitioner's Due Process rights; and (4) whether the cumulative effect of multiple errors produced a denial of petitioner's Due Process rights.

IT IS SO ORDERED.

Dated: January 11, 2007

_____
MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California

**ENDNOTES**